■ MANUEL MARTINEZ, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 119899.) (Appeal No. 2.) [974 NYS2d 881]— Appeal from an order of the Court of Claims (Renee Forgensi Minarik, J.), entered May 16, 2012. The order granted the cross motion of defendant for a protective order relieving it from the responsibility of responding to claimant's interrogatories.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Martinez v State of New York* (111 AD3d 1445 [2013]). Present—Smith, J.P., Peradotto, Lindley, Valentino and Whalen, JJ.